# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**WILLIAM HOOTEN**

**Plaintiff,**

**Vs.**

**UNITED STATES OF AMERICA**

**Defendant.**

_____/

## COMPLAINT FOR NEGLIGENCE

Plaintiff WILLIAM HOOTEN, pursuant to The Federal Tort Claims Act, 28 U.S.C. 2671 *et seq*, sues Defendant UNITED STATES OF AMERICA and alleges as follows:

1. This is an action for damages brought pursuant to 28 U.S.C. 2671.

2. The facts giving rise to this action took place on or about August 18, 2018 upon the premises of a United States Post Office located at 14945 NE Federal Highway 315 Fort McCoy, Marion County, Florida. As such venue is

   proper in the Middle District of Florida, Ocala Division.

3. Plaintiff has complied with all conditions precedent to the bringing of this action including presenting the claim to the appropriate administrative authority.

4. On or about the date in question, Plaintiff was a business invitee on the premises when he slipped and fell on accumulated water. Defendant had actual or constructive notice of the dangerous condition and through its agents negligently failed to correct the dangerous condition or warn plaintiff of its existence.

5. As a direct and proximate result of Defendant's negligence, Plaintiff suffered bodily injury, pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization and medical care, and aggravation of a pre-existing condition. Plaintiff's losses are continuing and permanent.

WHEREFORE, Plaintiff demands judgment against Defendant for all damages recoverable under statute.

Respectfully submitted,

*/s/ John W. Dill*
John W. Dill, Esquire
Florida Bar Number: 981680

JOHN W. DILL, PA
941 West Morse Blvd.
Suite 100
O: (321) 214-4500
C: (321) 287-4774
Winter Park, FL 32789
John@JohnWDill.com