UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

WILLIAM HOOTEN,

      Plaintiff,

v.                                                                                      Case No.  5:22-cv-352-GAP-PRL

UNITED STATES POSTAL
SERVICE,

      Defendant.

ORDER OF DISMISSAL

Plaintiff, having failed to comply with the Court's February 23, 2023, Order which extended the time to serve the Defendant through March 6, 2023 (Doc. No. 13), it is **ORDERED** that this case is **DISMISSED** without prejudice, for lack of prosecution.   The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 13, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record